JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DISTRICT

| | |
|---|---|
| FOOD, INDUSTRIAL & BEVERAGE WAREHOUSE, DRIVERS AND CLERICAL EMPLOYEES, LOCAL 630 OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>BARTON BRANDS OF CALIFORNIA, INC., a Connecticut corporation; SAZERAC COMPANY, INC., a Louisiana corporation; SAZERAC DISTILLERS, LLC, a Kentucky limited liability company,<br><br>　　　　　Defendants. | CASE NO. CV 16-6178-GW(FFMx)<br><br>The Hon. George H. Wu<br><br><br>JUDGMENT |

**JUDGMENT**

The Court received cross-Motions for Summary Judgment from Plaintiff Food, Industrial and Beverage Warehouse, Drivers and Clerical Employees, Local 630 of the International Brotherhood of Teamsters ("the Union") and Defendant Barton Brands of California, Inc. ("the Company" or "Defendant"), and received argument from Counsel for both the Company and the Union during a hearing held on January 5, 2017.  The Court having found that there are no genuine issues of material fact as to any claim set forth in the Complaint, and further finding that the Company is entitled to summary judgment for the reasons set forth in the Court's tentative ruling which was adopted as final during the hearing,

IT IS HEREBY ORDERED ADJUDGED AND DECREED as follows:

1. JUDGMENT is entered in favor of Defendant Barton Brands of California, Inc. and against Plaintiff Food, Industrial and Beverage Warehouse, Drivers and Clerical Employees, Local 630 of the International Brotherhood of Teamsters on all claims and causes of action alleged in the Complaint;

2. As the prevailing party, Defendant Barton Brands of California, Inc. shall be entitled to recover costs incurred in this action; and

[ 3. Defendant Barton Brands of California, Inc. shall also recover reasonable attorneys' fees incurred in this action. ]

IT IS SO ORDERED.

DATED: January 10, 2017

_____
THE HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE